FILED: August 7, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4532
(1:11-cr-00096-JKB-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

GREGORY DAVID HORNE, a/k/a Greg

      Defendant - Appellant

_____

O R D E R
_____

Appellant has filed a transcript order seeking preparation of a sealed hearing held on July 29, 2011, including the ex parte portions of the hearing. Appellant may request access to the sealed and ex parte portions of the hearing by appropriate motion filed within 10 days of the date of this order. The briefing order will be rescinded pending filing and disposition of the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk