FILED: December 26, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4532

(1:11-cr-00096-JKB-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

GREGORY DAVID HORNE, a/k/a Greg

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court seals the opening brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk