## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 12-4532** |
| | ) | |
| **GREGORY HORNE** | ) | |

### UNITED STATES OF AMERICA'S MOTION FOR EXTENSION OF TIME TO FILE REPLY

The United States of America, by its undersigned attorneys, hereby moves the Court to extend the time for filing the government's reply in support of its motion to dismiss the appeal to and including **February 21, 2014**, for the following reasons:

1.      The government filed a motion to dismiss the appeal based on the appellate waiver on January 9, 2014.

2.      The Court subsequently suspended the briefing schedule and directed the defendant appellant to respond to the motion to dismiss the appeal by January 24, 2014.

3.      The defendant filed a motion to extend the filing time of its response to February 7, 2014, which this Court granted.

4.      The defendant filed an opposition to the government's motion to dismiss on February 7, 2014.  The government's reply is therefore due on February 14, 2014.

1

5.      Undersigned counsel is overseeing three ongoing multi-defendants cases or investigations (one of which includes a multi-line wiretap).  In addition, undersigned counsel recently filed another appellate brief addressing seven complex issues in an unrelated case.  Undersigned counsel has not had adequate time to prepare the response brief.  Accordingly, the government does not anticipate that, even with all diligent efforts, the response brief can be filed by the due date.

6.      As noted above, the defendant previously requested, and was granted, one extension of time to file his opposition to the motion to dismiss the appeal.  Undersigned counsel for the government has not previously requested any extensions in this case.

7.      No date for oral argument has been set and the requested delay in filing the government's reply will not affect any oral argument schedule.

8.      Counsel for the defendant **does not object** to the requested extension of time.

Wherefore, the appellee, the United States of America, moves this Court to extend the time for filing its brief up to and including **February 21, 2014.**

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


By:_____/s/_____
    Ayn B. Ducao
    Assistant United States Attorney
    36 South Charles Street
    Fourth Floor
    Baltimore, MD 21201
    (410) 209-4800

## **CERTIFICATE OF SERVICE**

This is to certify that on February 10, 2014, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send

notice of such filing to the following registered user:  Kenneth W. Ravenell,

Esquire, and Milin Chun, Esquire Murphy, Falcon & Murphy, PA, One South

Street, Suite 2300, Baltimore, Maryland 21202.


_____/s/_____.
Ayn B. Ducao
Assistant United States Attorney