FILED: February 10, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4532

(1:11-cr-00096-JKB-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

GREGORY DAVID HORNE, a/k/a Greg

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply to 02/21/2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk