# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * |
| **GREGORY HORNE** | *     Case No.: 12-4532 |
| | * |

*   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT MOTION FOR EXTENSION OF TIME
## FOR FILING APPELLANT'S REPLY BRIEF

Appellant, Gregory Horne, through his counsel, Kenneth W. Ravenell, and Murphy, Falcon & Murphy, hereby files this Consent Motion for Extension of Time for Filing Appellant's Reply Brief, and in support thereof, states:

1. On May 6, 2014, the Government filed its response to Appellant's Opening Brief. *See* Doc. 90.

2. Appellant's Reply Brief is due to be filed with the Court on **May 16, 2014**. *See* Doc. 89 (ordering reply brief to be due within 10 days of Response).

3. Counsel is scheduled to be in Portland, Oregon for a deposition in *Whittiker v. Green Zebra, LLC.*, civil no. 2013CA0002672, on Monday, May 12, 2014, and then in Phoenix, Arizona on Tuesday, May 13, 2014, for a detention hearing in *United States v. Richard Byrd*, case no. 14-mj-07263-BSB.

4. Counsel will then return to Baltimore, Maryland and immediately prepare for a hearing before the Honorable Paul W. Grimm in *United States v. Leonaldo Harris*, case no. 13-cr-00202-PWG, scheduled for May 15-16, 2014.

5. Counsel is then scheduled to be in Omaha, Nebraska on May 21, 2014, to meet

with prosecutors in *United States v. Yevhen Kulibaba*, case no. 4:11CR3074, and then in Los Angeles, California for a suppression hearing in *People v. Paul Alexander*, case no. BA339890-2, scheduled before the Honorable Melissa Widdifield for May 28-29, 2014.

6. This Court has not yet scheduled a hearing in this matter.

7. Counsel has spoken to Assistant United States Attorney, Ayn Ducao, and she is not opposed to this request.

WHEREFORE, the above mentioned reasons, Appellant respectfully requests that this Honorable Court grant Appellant a ***thirty (30) day*** extension from the current due date to file the Reply Brief in this matter thus making the brief due on June 16, 2014.

Respectfully submitted,

/s/ *Kenneth W. Ravenell*
Kenneth W. Ravenell
Milin Chun
Murphy, Falcon & Murphy
One South Street, 23rd Floor
Baltimore, Maryland   21202
(410) 539-6500
***Attorneys for Appellant***

/s/ *Creston Smith*
Creston Smith
Silverman, Thompson, Slutkin, White
201 N. Charles Street, Suite 2600
Baltimore, Maryland 21201
***Attorney for Appellant***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of May, 2014, a copy of the foregoing Consent Motion for Extension of Time for Filing Appellant's Reply Brief was sent via e-file to all counsel.

/s/ *Kenneth W. Ravenell*
Kenneth W. Ravenell

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | |
| **GREGORY HORNE** | * | Case No.: 12-4532 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon the filing of the Consent Motion for Extension of Time for Filing Appellant's Reply Brief, it is hereby

**ORDERED** that Appellant's Motion is **GRANTED**; and it is further

**ORDERED** that the Appellant's Reply shall be filed on June 16, 2014.

_____
JUDGE